**MARRON LAWYERS, APC**
Paul B. Arenas (SBN 167863)
parenas@marronlaw.com
5000 E. Spring St., Suite 580
Long Beach, CA 90815
(562) 432-7422 Telephone
(562) 683-2721 Facsimile

JS-6

**GKG LAW, P.C.**
Brendan Collins
1055 Thomas Jefferson St., NW
Suite 500
Washington, DC  20007
Telephone:  (202) 342-6793
Facsimile:  (202)-342-5299
bcollins@gkglaw.com
*Attorneys for Plaintiff,*
*De Well Container Shipping, Inc.*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION

| | |
|---|---|
| DE WELL CONTAINER SHIPPING, INC., <br><br> Plaintiff, <br> v. <br><br> SINOSHARP IMP AND EXP. Co. Ltd. and WEI SONG, <br><br> Defendant. | Case No.: 2:19-cv-08919-RGK-E <br><br> **ORDER REGARDING STIPULATION OF VOLUNTARY DISMISSAL** [41] |

///
///
///

Pursuant to the Stipulation of all Parties,

IT IS HEREBY ORDERED THAT:

1. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff's claims are dismissed with prejudice.

2. The ~~Parties' settlement agreement, is incorporated in this Order, and this~~ Court shall retain jurisdiction to enforce the Settlement Agreement. *Kokkonen v. Guardian Life Ins. Co. of Amer.*, 511 U.S. 375, 381-82 (1994); *Eksouzian v. Albanese*, No. CV 13-728 PSG (MANX), 2015 WL 12777088, at *1 (C.D. Cal. Mar. 2, 2015); and

3. Each side shall bear their own attorneys' fees and costs in connection with the above-captioned case, except insofar as provided by the Settlement Agreement.

IT IS SO ORDERED

Dated: 12/22/2020                          /s/ Gary Klausner
                                           Hon. R. Gary Klausner
                                           United States District Court Judge